AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED 2010 AUG 19 A 11: 51

**OFFENSE CHARGED**
(1) 18 U.S.C. § 1956(h) - Conspiracy to launder money

Forfeiture allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
(1) 20 yrs. imprisonment, $500,000 fine, 3 years supervised release, $100 special assessment

**DEFENDANT**
▶ MELISSA PERKINS

**DISTRICT COURT NUMBER**
CR 10 0620 WHA

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG
☑ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): KIRSTIN M. AULT

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed: Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2010 AUG 19 A 11:51

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 10 0620 |
|---|---|
| Plaintiff, | ) |
| | ) INFORMATION |
| v. | ) |
| | ) SAN FRANCISCO VENUE |
| MELISSA PERKINS, | ) |
| | ) |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

Beginning at a date unknown to the Grand Jury, but no later than June of 2004, and continuing until October of 2008, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendant,

MELISSA PERKINS,

did knowingly and intentionally conspire with one or more persons to commit the offense of laundering of monetary instruments, in violation of Title 18, United States Code, Section 1956(a)(1)(B), all in violation of Title 18, United States Code, Section 1956(h).

///

///

INFORMATION

CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this Information, the defendant

MELISSA PERKINS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all right, title and interest in property, real and personal, involved in said violation, or any property traceable to such property, in the amount of approximately $2,000,000, which includes but is not limited to the value of the property which constitutes or is derived from proceeds traceable to the specified unlawful activity, to wit: drug trafficking; or the value of property which was used or intended to be used to facilitate the offense of conviction.

If, as a result of any act or omission of the defendants, any of said property

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

any and all interest defendant has in any other property (not to exceed the value of the forfeitable property) shall be forfeited to the United States.

All in violation of Title 18, United States Code, Section 982, and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 8-18-10

MELINDA HAAG
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: /s/
AUSA AULT

INFORMATION