Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone:    (415) 477-3800
Facsimile:    (415) 477-9010

Attorneys for Defendant MICHAEL ARNOLD



ORIGINAL FILED

2010 SEP 17 P 1: 05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 10-0619 JSW |
|---|---|
| Plaintiff, | |
| vs. | **RESPONSE TO GOVERNMENT NOTICE OF RELATED CASES** |
| ROBERT SMOLEY, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. CR 10-0620 WHA |
| Plaintiff, | |
| vs. | |
| MELISSA PERKINS, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. CR 10-0642 RS |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER NAPOLI, *et al.*, | |
| Defendants | |

///

1         On September 15, 2010, the government filed a notice of related cases in the above-captioned matters. The government writes that while the three cases may be related within the meaning of Local Rule 8-1(b)(1), assignment of all three cases to a single judge is not appropriate under Rule 8-1(b)(2). Defendant Michael Arnold agrees that because of the wider scope of the *Napoli* indictment and the absence of significant litigation in *Smoley* and *Perkins*, these cases do not "appear likely to entail substantial duplication of labor if heard by different Judges." Local Rule 8-1(b)(2). Accordingly, Mr. Arnold agrees with the government that assignment of all three cases to a single judge would not result in significant conservation of judicial resources or promote a more efficient determination of the action, and that therefore the cases need not be related.

Dated: September 17, 2010                              Respectfully submitted,

                                                                             /s/
                                                  Edward W. Swanson
                                                  August Gugelmann
                                                  SWANSON & McNAMARA LLP
                                                  Attorneys for MICHAEL ARNOLD