UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELISSA PERKINS,<br><br>    Defendant. | Case No.  CR 10-0620 WHA<br><br>[PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on November 16, 2010, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. a 2008 Infiniti G37, VIN: JNKCV64E98M103041;

2. approximately $10,127.33 seized from money market account #******6402;

3. approximately $1,043.35 seized from checking account #******6401;

4. approximately $160,291.04 seized from Diamond Trust account; and

5. approximately $1,487.32 seized from Bank of America Account #********8336,

pursuant to Title 18, United States Code, Sections 982(a)(1).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall

1  seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website
2  for at least thirty days, notice of this Order, notice of the government's intent to dispose of the
3  property in such manner as the Attorney General may direct and provide notice that any person,
4  other than the defendant, having or claiming a legal interest in the property must file a petition
5  with the Court and serve a copy on government counsel within thirty (30) days of the final
6  publication of notice or of receipt of actual notice, whichever is earlier.

7  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
8  Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the
9  time of her sentencing on November 16, 2010 and as such, was made part of the sentence and
10 included in the judgment dated November 18, 2010.

11 IT IS SO ORDERED this  9th  day of  December  2010.

_____
WILLIAM H. ALSUP
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE                                                2
CR 10-0620 WHA