UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 10-0620 WHA |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| MELISSA PERKINS, | |
| Defendant(s). | |

On December 9, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, approximately $10,127.33 seized from money market account #******6402; approximately $1,043.35 seized from checking account #******6401; approximately $160,291.04 seized from Diamond Trust account; and approximately $1,487.32 seized from Bank of America Account #********8336, pursuant to Title 18, United States Code, Section 982(a)(1).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(1). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  February 10, 2011.

WILLIAM H. ALSUP
United States District Judge